# INVOICE

**Angela Hanna Photography**

Client Name: Marshall Tucker Band
Attn: Mr. Doug Gray
PO Box 5865
Spartanburg, SC  29304

| Item # | Description | Quantity | Price | Total |
|---|---|---|---|---|
|  | Professional Band Promotional Session - Test |  |  | .-- |
| 1 | Location Test Shoot (day before) |  |  | Gratis |
| 2 | Session Fee $50 @ 6 subjects |  |  | $300.00 |
| 3 | Post session editing (onsite)-CANCELLED by client |  | $200 | $0 |
| 4 | AHP editing 95 files @ $10 each (includes rush fee) |  |  | $950 |
| 5 | Travel Fee (hotel 2 nights, 2 meals, and room snacks courtesy of MTB) |  |  | $100 |
| 8 | 2 weeks- 43 hrs ($10 per hr.) post work editing and revisions (specific request), set up of online gallery, phone consults and editing sessions, postal service) |  |  | $430 |
|  | TOTAL DUE: |  |  | $1780.00 |
|  | Client CREDIT |  |  | -$750.00 |
|  | Deposit made by Money Gram-Tranaction# 58267122  9/11/12/  $500 |  |  | -$1000.00 |
|  | Balance CASH 9/22/12 $500 |  |  |  |
|  | Balance: (Prof Courtesy) ($30) |  |  | $0 |

Payments can be made on line : www.angelahannaphotography.com by check, credit card, or debit.  Mail in Check/Money order to:

**4512 Farmlake Drive *Myrtle Beach, SC  29579 *843-236-8249**

All Clients Please Note: Invoice/Receipt does NOT reflect other fees associated with sessions unless indicated. Included but not limited to: Usage Rights to photos (written release), buy outs, products, or outsourced editing. These fees can be negotiated separatley and at additional charges.

*N0 REFUNDS on payments or credits.**